**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 18-cv-00953-GPG
(**The above civil action number must appear on all future papers sent to the Court in this action.   Failure to include this number may result in a delay in the consideration of your claims.**)

BRANDON MAURICE FORD,

    Plaintiff,

v.

JEFFERSON COUNTY SHERIFF'S OFFICE,
INMATE SERVICES,
SHERIFF JEFFERSON COUNTY, and
COUNTY OF GOLDEN, COLORADO,

    Defendants.

**ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES**

Plaintiff Brandon Maurice Ford currently is detained at the Jefferson County Detention Facility in Golden, Colorado.   On April 23, 2018, Plaintiff submitted a Prisoner Complaint, ECF No. 1, and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action, ECF No. 3.   As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that the submitted documents are deficient as described in this Order.   Plaintiff will be directed to cure the following if he wishes to pursue his claims.   Any papers that Plaintiff files in response to this Order must include the civil action number on this Order.

**28 U.S.C. § 1915 Motion and Affidavit**:

(1) ___ is not submitted
(2) ___ is missing affidavit
(3) _X_ is missing a certified prisoner's trust fund statement for the **6-month period immediately preceding** this filing
(4) ___ trust fund account statement is missing certification by authorized prison official
(5) ___ is missing required financial information
(6) _X_ is missing authorization to calculate and disburse filing fee payments
(7) ___ is missing an original signature by the prisoner
(8) _X_ is not on proper form (Must use the Court-approved form used in seeking leave to proceed pursuant to 28 U.S.C. § 1915 in a prisoner complaint action.)
(9) ___ names in caption do not match names in caption of complaint, petition or habeas application
(10) ___ other:

**Complaint or Petition**:
(11) ___ is not submitted
(12) ___ is not on proper form
(13) ___ is missing an original signature by the Plaintiff
(14) ___ is incomplete
(15) ___ uses et al. instead of listing all parties in caption
(16) ___ names in caption do not match names identified in Section III. of the Complaint
(17) ___ address must be provided for defendant under Parties section of Complaint form
(18) ___ other:

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty days from the date of this Order**. Any papers that Plaintiff files in response to this Order must include the civil action number on this Order. It is

FURTHER ORDERED that Plaintiff shall obtain the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 form (Revised October 1, 2012) (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov, for use in curing the deficiencies. It is

FURTHER ORDERED that if Plaintiff fails to cure the designated deficiencies **within thirty days from the date of this Order** the action will be dismissed without further notice.

DATED April 24, 2018, at Denver, Colorado.

                                      BY THE COURT:

                                      s/Gordon P. Gallagher
                                      United States Magistrate Judge