IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-00953-GPG

BRANDON MAURICE FORD,

    Plaintiff,

v.

JEFFERSON COUNTY SHERIFF'S OFFICE,
INMATE SERVICES,
SHERIFF JEFFERSON COUNTY, and
COUNTY OF GOLDEN, COLORADO,

    Defendants.

## ORDER OF DISMISSAL

Plaintiff Brandon Maurice Ford currently is detained at the Jefferson County Detention Facility in Golden, Colorado. Plaintiff initiated this action by filing *pro se* a Prisoner Complaint, ECF No. 1, and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action, ECF No. 3. On April 24, 2018, Magistrate Judge Gordon P. Gallagher instructed Plaintiff to cure certain deficiencies before proceeding in this Court with this action.

Specifically, Magistrate Judge Gallagher ordered Plaintiff to submit a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 that is used when pursuing a prisoner complaint action. ECF No. 4 at 2. Plaintiff also was instructed to submit a certified trust fund account statement for the six-month period immediately preceding the filing of this action and to provide an authorization to calculate and disburse

1

filing fee payments.  *Id.*   Plaintiff was warned that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

On May 3, 2018, rather than comply with Magistrate Judge Gallagher's April 24, 2018 Order to file a § 1915 Motion and Affidavit that is used when filing a prisoner complaint, Plaintiff filed two Prisoner's Motions and Affidavits for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action.   *See* ECF Nos. 7 and 8. Plaintiff also filed a Motion to Amend and Modify Original Complaint under Rule #15, ECF No. 5, a Motion for Change of Venue, ECF No. 6, and a Motion to Waive Filing Fee, ECF No. 9.   On May 14, 2018, Plaintiff filed a Motion to Dismiss/Set Aside Original Motion for Change and Venue, ECF No. 11.   Subsequently, on May 18, 2018, Plaintiff submitted a Petition for Mandatory Protection Order Pursuant to § 18-1-101, ECF No. 12, and a Motion/Petition in Request to Appoint Legal Counsel, ECF No. 13.   Finally on May 25, 2018, Plaintiff filed a Motion to Add/Amend and Modify Original Complaint Under Rule 15, ECF No. 14, and a Petition for Documentation and Copies of all Complaints and Summaries Filed, ECF No. 15.

Magistrate Judge Gallagher clearly directed Plaintiff to submit a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915, which includes an authorization to calculate and disburse filing fee payments.   Plaintiff has now failed to comply with this directive within the time allowed.   Plaintiff also has continued to file unnecessary requests, which border on being an abuse of the judicial process.   The Court, therefore, will dismiss the action for failure to cure deficiencies within the time allowed.   Accordingly, it is

ORDERED that this action is dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b) for failure to comply with the April 24, 2018 Order, within the time allowed, and for failure to prosecute. It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied. It is

FURTHER ORDERED that all pending motions are denied as moot.

DATED at Denver, Colorado, this  1st  day of    June   , 2018.

BY THE COURT:

s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court