**FILED**
**United States Court of Appeals**
**Tenth Circuit**

# UNITED STATES COURT OF APPEALS

**July 31, 2018**

## TENTH CIRCUIT

**Elisabeth A. Shumaker**
**Clerk of Court**

---

BRANDON MAURICE FORD,

     Plaintiff-Appellant,

v.

JEFFERSON COUNTY SHERIFF'S
OFFICE; INMATE SERVICES;
SHERIFF JEFFERSON COUNTY;
COUNTY OF GOLDEN COLORADO,

     Defendants-Appellees.

No. 18-1248

(18-CV-00953-LTB)
(D. Colo.)

---

## ORDER AND JUDGMENT[*]

---

Before **PHILLIPS**, **McKAY**, and **BALDOCK**, Circuit Judges.

---

Plaintiff Brandon Maurice Ford was a detainee in the Jefferson County Jail, Golden, Colorado, when he filed a pro se § 1983 complaint alleging that the Sheriff's Office violated his civil rights by denying him a halal/kosher diet. With his complaint, Plaintiff submitted a deficient motion to proceed in forma pauperis (IFP). The next day, a magistrate judge noted the motion's deficiencies and directed Plaintiff to cure those deficiencies within thirty days. Plaintiff did not do so but instead filed a slew of non-responsive pleadings. After the thirty day period allotted

---

[*] This order and judgment is not binding precedent except under the doctrines of law of the case, res judicata, and collateral estoppel. It may be cited, however, for its persuasive value consistent with Fed. R. App. P. 32.1 and 10th Cir. R. 32.1.

Plaintiff to cure had passed, the district court dismissed Plaintiff's complaint without prejudice for failure to comply with the magistrate judge's order. The district court's order ably sets forth the barrage of pleadings Plaintiff filed in response to the order to cure and explains why dismissal of his complaint was justified:

> [The] Magistrate Judge . . . clearly directed Plaintiff to submit a Prisoner's Motion and Affidavit to Proceed Pursuant to 28 U.S.C. § 1915, which includes an authorization to calculate and disburse filing fee payments. Plaintiff has now failed to comply with this directive within the time allowed. Plaintiff also has continued to file unnecessary requests, which border on being an abuse of the judicial process. The court, therefore, will dismiss the action for failure to cure deficiencies within the time allowed.

The district court acted well within its sound discretion in dismissing the complaint. We have nothing to add.

Accordingly, the judgment of the district court is AFFIRMED. Plaintiff's motion to proceed on appeal IFP is GRANTED.

Entered for the Court,


Bobby R. Baldock
United States Circuit Judge

2

**UNITED STATES COURT OF APPEALS**
**FOR THE TENTH CIRCUIT**
**OFFICE OF THE CLERK**
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker                 July 31, 2018                 Chris Wolpert
Clerk of Court                                                      Chief Deputy Clerk

Brandon Maurice Ford
Jefferson County Jail
P.O. Box 16700
Golden, CO 80402-0000
#01115225

RE:      **18-1248, Ford v. Jefferson County Sheriff, et al**
         Dist/Ag docket: 1:18-CV-00953-LTB

Dear Appellant:

Enclosed is a copy of the order and judgment issued today in this matter. The court has
entered judgment on the docket pursuant to Fed. R. App. P. Rule 36.

Please contact this office if you have questions.

Sincerely,

Elisabeth A. Shumaker

Elisabeth A. Shumaker
Clerk of the Court

EAS/lg